# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY 22  A 10: 32

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Leon Lion I Eugene White, Jr. RASTAFARI

v.

(Full name of defendant(s))

Officer Clemons

Case Number: **26-C 912**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
   (State)

   _7000 W. Brentwood Ave, Milwaukee, WI 53223_
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Officer Clemons_
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Milwaukee Area Technical College, 700 W. State St, Milwaukee, WI_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On May 17, 2026, I, Leon Lion I Eugene White, Jr. RASTA FARI, Moorish American Moslems' Natural rights were violated by a Milwaukee Area Technical College Public Safety Security guard by the name of officer Clemons at the MATC building on 9th and State (9th and State), on the 7th level- inside of the building on the 7th level. This officer Clemons used physical and excessive force by stomping on my left foot and left leg, yanked and pulled my headphones off of my head, threw the headphones and broke them, and threw and kicked all of my personal belongings down the stair well, along with 3 other public safety security

Complaint – 2

guards. Public Safety worker (worker Clemons and 2 other security officers also picked me up physically, and tried carrying me outside. My marijuana was also confiscated from my belongings as well. These violations of my natural / and human rights, in accordance with Article 7-(1,2); Article 8-(1,2) of the General Assembly; (Article 9); (Article 10); (Article 11(1,2); and Article 12-(1,2) of the General Assembly of the United Nations Declaration on the Rights of Indigenous Peoples were inflicted upon me without my consent and unlawfully. I was inside of the MATC building on a lay-over to rest for a while and charge my phones to get back out on my post throughout the downtown region(s) that surrounds that MATC building on 9th and State which the Islamic Colors of the Red, Black, and Green are displayed upon the fire hydrants, which I govern and patrol throughout the day and night as my duty as Field Marshall Terry Barnett, Selassie I, JAH RASTAFARI. I would like to be compensated by asking the court(s) to REVIEW (review) all cameras from all officers who violated my natural / and human rights.

C.     JURISDICTION

☑     I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be compensated by asking the court(s) to remove officer clemons from his position, and to be compensated for my marijuana that was confiscated by those 3 Public safety workers from my belongings.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___22nd___ day of ___May_____ 20_26_.

Respectfully Submitted,

_Deon Whole_____
Signature of Plaintiff

_414-408-4581_____
Plaintiff's Telephone Number

_None_____
Plaintiff's Email Address

_700 W Brentwood Ave, Milwaukee WI, 53223___

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5